M/D I

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 JAN -3  A  9: 29

**HENRY HORALD WHITE**

Full name and prison name of
Plaintiff(s)

)
)
)
)
)

DBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

v. **PARKMAN, ADAMS, WHITE, LLC**
**ANDY R. HUGHES**
**JOHN POWELL**
**T. FITZGERALD**
**CARLA WOODALL**
**MARK D JOHNSON**
**JOHN ADKINS**

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. **1:08 CV 10 - MEF**
(To be supplied by Clerk of U.S. District
Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action?  YES ☐  No ☒

B.    Have you begun other lawsuits in state or federal court relating to your
imprisonment?      YES ☐      NO ☒

C.    If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
is more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if state court, name the county)

_____

_____



3. Docket number *N/A*

4. Name of judge to whom case was assigned *N/A*

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) *N/A*

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Houston County Jail - 901 E. Main St., Dothan AL 36301*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *713 N. Cherry St, Dothan, AL 36303*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. *Andy R. Hughes, 901 E. Main St. Dothan, AL 36301*
2. *John Powell, 210 N. St. Andrews St. Dothan, AL 36302*
3. *T. Fitzgerald, 901 E. Main St. Dothan, AL 36301*
4. *Carla E. Woodall 114 N. Cates, Dothan, AL 36302*
5. *Mark D. Johnson, 739 W. Main St. Dothan, AL 36301*
6. *Jason Adkins, 114 N. Cates St. Dothan, AL 36302*
7. *Parkman, Adams and White, LLC*

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *09-06-07 For Case# DC-07-2636 and on 09-18-07 for Case# DC-07-18-2743*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *See Attached Pages 1   For Cause of Action Grounds One, Case# DC-07-2636 & DC-07-2743*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Exhibit A    SEE COPY OF OUTDATED SEARCH WARRANT HANDED TO ME BY THE HOUSTON COUNTY SHERIFF ANDY HUGHES THAT WAS ISSUED TO INV. JASON ADKINS ON 08-21-2007 BUT SERVED ON 09-06-07, SIXTEEN DAYS CONTRARY TO JUDGE BRADY MENDEHIEM'S 10-DAY ORDER

GROUND TWO: SEE ATTACHED PAGES) 1 AND 2 FOR CAUSE OF ACTION GROUNDS TWO. CASE # DC-07-2743

SUPPORTING FACTS: EXHIBIT B & SEE COPY DOTHAN EAGLE BRIEFS, WHERE JOHN POWELL PROVIDED FALSE INFORMATION OF 09-06-07 ARREST DATE OCCURRING ON 08-21-07; THEREFORE ALTERING THE PUBLIC MEDIA'S OPINION, THAT THE DC-07-2636 ARREST DATE OCCURRED 16 DAYS EARLIER THAN 09-06-07 AS TOLD TO MEDIA.

GROUND THREE: SEE ATTACHED PAGES 6-FOR CAUSE OF ACTION IN GROUND THREE # 7 REGARDING NEGLIGENCE OF MARK A. JOHNSON ATTY. Also SEE Exhibit D-PAGES-3 AND 4.

SUPPORTING FACTS: EXHIBIT D, E, F, G SEE COPY OF LETTER OF MARK D. JOHNSON DATED 09-25-07 STATING HIS APPOINTMENT OF CASE # DC-07-2636 24 days AFTER ALLEGED 08-21-07 ARREST DATE INFORMATION PROVIDED BY POLICE CHIEF JOHN POWELL TO THE DOTHAN EAGLE & I WAS NOT INTER-VIEWED BY ATTY JOHNSON, PRIOR TO HIS WAIVING MY PRELIM-INARY HEARING (SEE S.S. LETTER OF EXHIBIT H )

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES. *SEE PAGES #*
*2-3-4 OF REQUEST FOR RElIEF: WHAT I WANT THE COURT TO*
*DO FOR ME # 7 THROUGH 12. AlSO SEE lIST OF CORROBORA-*
*TING WITNESSES ON PAGES #5 AND 6 (CAUSE OF ACTION)*
*(SEE ATTACHED COPIES).*

*Henry Harald White*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *NOVEmber 19, 2007*.
(Date)

*Henry Harald White*
Signature of plaintiff(s)



Middle District of Alabama
Office of Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

FIRST CLASS

UNITED STATES POSTAL SERVICE

0000

36101

CITY OF DOTHAN   police chief

(John Powell)

HOUSTON COUNTY sheriff

~~ANDREW~~(Andy) Hughes)

## CAUSE OF ACTION

1)        On 09-06-07 at approx. 8:30 pm I slept in my residence at 713  N. Cherry St #3 Dothan,Alabama
When a knock or tap woke me . I walked to my front door and as I opened it, and looked out I saw a sherifff deputy standing
on my dimly lit porch. I asked the deputy why he had interrupted my sleep for and he stated that " he seen someone on the
outside of the apt in the dark and asked me if I could come out on the side of the apt to see if there was  any
damage done to the air conditioner units mounted in the cement blocks along the window in the yard.
I suggessted that  he call the telephone number posted on the sign nailed to the tree in front. The deputy
then insisted that I let him in to see if anyone had broken a window or door inside the apt. I said that I needed
to get dressed and put on a pair of pants and unlocked the barred door into the apartment and was forced to the floor.
Then sheriff Andy Hughes gave me a search  warrant, outdated August 21,2007. When I read the that  the judge
who issued the search warrant stipulated that the search and any contents had to be submitted within 10 days of
the date the search warrant as issued, I pointed this out to sheriff Hughes who ignored the warning since the search
was to be executed by Aug 21, 2007 and not September 6,2007 he arrested me illegally for alledgedly
possession of controlled substance, and removed $450.00 from inside my home. Therefore subjecting  me to
an illegal search and arrest, unsanitary, overcrowded jail facility, mental anguish, cruel and unusual
punishment, lost of time to earn money while I was being illegally  imprisoned, detained under a conspiracy
 of circumstance perpetrated by the Houston County Sheriff Dept, sheriff Andrew( Andy) Hughes and his deputies and Dothan
police chief John Powell  and his city officials.


2)        On September 18,2007 at approx. 9:30 pm I as awaken by the blast of several flash grenades and
loud beats and clanging on the security bars of my rented apartment. An instant later there were two other
explosions in the bathroom and in the bedrooms all destroying windows, curtains and other private property
each time one flashed. Immediately  following the last blast four Houston County Dept. sheriff deputies rushed
 into my apartment with guns yelling get down  on the floor as sheriff Andy Hughes and



three Houston
County deputies ram sacked my personal property without ever presenting a signed copy of legal search warrant,
 causing $20,000.00 dollars or more in property damages with their flash bombs, and taking $500.00 in cash from my
private bank and out of my pockets. Then arrested me and took to both the Dothan City and Houston County jail, under
the authority of chief of police John Powell.

3)      The entry into defendants rented room to effect the  arrest warrant cocaine and currency was an illegal entry
        in STEAGALD V. UNITED STATES, 451 U.S. 204,101 S. CT 642,68L.Ed 2d 38 (1981) The Supremme Court held that officers cannot enter a third party's home to execute an arrest on another. Id at 206.
 As a general rule, the protection against unreasonable search and seizure extends to rented rooms and hotel
rooms.  HOFFA V. UNIQTED STATES, 385 U.S. 293 (1966) Rel. denied, 386 U.S. 940 (1967); STATE V. CHILES
226 KAN. 140,146-17,595 p. 2d 1130 (1979).


4)   The plain view doctrine does not justify the seizure of the drugs. under the plainview exception to the
search warrant requirement, a threshold requirement is that the initial intrusion which affords the plainview must
have been lawful STATE V. CANAAN (1998).


5)   LAFAVRE, SEARCH AND SEIZURE: A treatise of the fourth amendment 8.2 (d) at 656 (1996).


6)      "Wrongful act" includes false arrest, erroneous service of papers, false imprisonment,
malicious prosecution,assault and battery, libel,slander defamation of character, personal injury, property damage,
violation of property rights or deprivation of any rights, priviledges or immunities secured by the Constitution and
laws of the United States of America , or the State of , or the ordinances of,or any error or mistatement or act of
omission or neglect or breach of duty by any officer or employee in their official capacity or any matter claimed
against an officer or employee solely by reason of his or her having served or acted on one or more of the
capacities as an officer or employee,for which said officer or employee be held  liable to another party injured
in an action at law, suit in equity, or other proper proceeding for redress. However, no act shall be deemed to
be a wrongful act unless committed in the regular course of duty by the officer or employee.


### REQUEST FOR RELIEF

7)              WHAT I WANT FROM THE COURTS

Plaintiff petitions the court to command the firing,impeachment and arrest of sheriff Andrew
(Andy) Hughes of the Houston County Sheriff Department, cheif John Powell of Dothan City Police for
placing himself and his deputy force above the law, for conspiring to manipulate and undermind the
 integrity of the U.S. Oath of Office, the preserved and sacred orders of the U.S. Justice Department,Sheriff
Department and the U.S. Federal, State, Circuit Court Systems,Constituion and it's Bill of Rights by falsifying
city, county, and federal court documents in offences affiliated with case#D.C.-07-2636 and case# D.C. 07-2743
(case#07--2636 ON 09/06/07) and (case#07-2743 on 09/18/07), for lying to the news media 09/18/07. also for the
arrest of sheriff Andrew (Andy) Hughes  for the illegal search and seizure of money in the sum of approx.
$700.00 and kidnapping plaintiff from his residence  at 713 North Cherry St  Apt #3, Dothan ,Alabama on
09/06/07 and 09/18/07 and illegally transporting plaintiff to be imprisoned in the Dothan,Alabama jail and
the Houston County jail under duress and by force through threats of physical harm and cruel and unusual
 punishmen   Plaintiff petitions the honorable court for the dismissal and arrest  of  chief of police John Powell,
all correctional county and city employees of the Dothan,Alabama city jail and the Houston County corrections,
sheriff department and circuit court who conspired as witnesses with sheriff Andrew (Andy)Hughes in the illegal
 search,seizure ,kidnapping,threat,arrest and illegal transport of plaintiff in cases number #D.C. 07-2636 and D.C. 07-2743 on
09/06/07 and 09/18/07 all on criminal charges of vandalism, destruction of property, terroristic threat, kidnapping,
breaking and entering,treatment of and cause of bodily harm from flash bombs, hand drawn firearms and tazzer guns
 that were ignited inside of plaintiffs residence on 09/18/07 and conspiring to destroy and revoke forged search warrant,
arrest reports, bonding instuments,manipulate false news media interviews, sworn court affidavits and oaths of
office by losing t.v. court appearances files  of Judge Mendehehiem in case # D.C. 07-2743 by circuit court clerk
Carla D. Woodard from and expunge cases#D.C. 07-2636 and D.C.#07-2743 from my records in all courts i.e. circuit,
state,federal,district, etc. 09/18/07 through 10/07/07.

8)      Plaintiff petitions the honorable court to investigate the critical circumstances behind all of the afforementioned
charges against the defendants and the abuse of their elected and appointed court, county and city positions, including the
laurels of their official capacities and powers and to a pay $50,000.00 in property damages to the owners at 713n. Cherry St
apt #3.



9)     Plaintiff also petitions the honorable court to investigate the extreme overcrowded conditions, the excessive
 workload that is imposed on the paid staff of the Houston county jail under the authority of defendant sheriff Andrew
(Andy) Hughes to realize the causes for the employee staff's negligences and unsanitary living conditions;
sleeping ~~conditions~~ on concrete floors and 2 -inch mats; ~~with no security fails to protect housed residents~~
~~are falling to their beds to sleep~~ where 36-or more housed residents share one toilet and one shower facility
no covering except for one blanket/ sheet, and upgrade the overall living conditions where 975- residents are fed
on a monthly budget that is designed to feed only 350 or less, in  extreme cold tempered conditions, year round.

10)    Plaintiff petitions the honorable court to award plaintiff $12,000,000.00  ($12 million dollars) in punitive damages and
$2,000,000.00 ($2 million dollars) in personal injury damages from unauthorized iron and steel shackles to and from transport
from Houston County circuit court at 114 N. Oates Street Dothan,Alabama by Houston County deputy sheriff T. Fitzgerald
of docket causing blood and cuts that were witnesses by another Houston County deputy R. Dye who affirmed
that the unauthorized shackles were unwarranted and wasn't applied as it should have been and wasn't put on correctly
by C-O T. Fitzgerald that caused plaintiff to fall and injure said person on 10/05/07 at circuit courthouse, while
wearing steel restraints.

11)    Plaintiff petitions the honorable court to investigate Enclosed original search warrant that was served 16- days
after the county judge issuance date of august 21,2007 with stipulation stating that the sheriff Andrew (Andy) Hughes
 had 10 days to execute his search by ~~September~~ 4, 2007 instead of September 6, 2007, the date that defendant
actually served and executed issued warrant unlawfully on plaintiff's resident as " THE OLD MAN"  listed in outdated
and forged search warrant and carryout the full penality of law on defendant(s) who are responsible for any and all
criminal violations of conspiracy to forge court documents. i.e. search warrants, city and county intake forms
 and arrest reports.

12)     Plaintiff also petition the honorable court to order the defendants to stock facility commissary with
the proper black ink ball point or felt tip permanent markers required to file legal documents for petitions, briefs,
affidavits and other uses within the federal courts.



## DECLARATION UNDER PENALTIES OF PERJURY

13)     THE UNDERSIGNED DECLARES (OR CERTIFIES, VERIFIES, OR STATES) UNDER
PENALTY OF PERJURY
THAT HE IS THE PLAINTIFF IN THE ABOVE ACTION, THE PLAINTIFF HAS READ THE
ABOVE COMPLAINT
 AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT  28 U.S.C.
1746. 18 U.S.C. 1621.


EXECUTED AT 901 E. MAIN ST, DOTHAN, ALABAMA ON 10/18/2007

                LOCATION                          DATE


14)         WITNESSES IN CASE NUMBER #DC 07-2636 AND DC 07-2743DC #~07-2630~


1) JASON ADKINS HOUSTON COUNTY CIRCUIT INVESTIGATOR
114 N. OATES ST.
DOTHAN,ALABMA  36301
RE: WAS ISSUED SEARCH WARRANT IN CLOSED ON AUGUST 21, 2007

2) DC# 07-2636 AND DC 07-2743
   T. FITZGERALD, CO DEPUTY-DOCKET
RE: LOST COURT AND TRIAL DATE OF PLAINTIFF ON 09/18/2007
AND CAUSE INJURY TO PERSON ON 10/05/2007 WITH FAULTY LEG SHACKLES
HOUSTON CO. JAIL
901 E. MAIN ST
DOTHAN,ALABAMA 36301

3) CARLA A. WOODALL
114 N. OATES ST 3RD FL
DOTHAN,ALABAMA 36301
RE: LOST 09/23/07 COURT APPEARANCE DATE OF  09/24/07 NEGLEGENT IN COURT
CLERK DUTIES.

4) HONORABLE BRADLEY MENDEHEIM, CIRCUIT COURT JUDGE
114 N. OATES ST
DOTHAN, ALABAMA 36301
RE: NAME ON ISSUED/ OUT DATED SEARCH WARRANT OF 08/21/2007.

5)  R. DYE CO. DEPUTY-DOCKET
901 E. MAIN ST
DOTHAN, ALABAMA 36301
RE: WITNESS PERSONAL BODY INJURY AND BLEEDING SUSTAINED BY UNAUTHORIZED
HEAVY LEG SHACKLES THAT WERE INSTALLED BY CO. T. FITZGERALD COMMENTING
THAT IRON SHACKLES WERE NOT SUFFICENTLY ATTACHED  ACCORDING TO
STANDARD AND PROPER
PROCEDURE.

6) ~~███████████~~
114 N. OATES ST.
DOTHAN,ALABAMA 36301
RE: WITNESS OF MY T.V. COURT APPEARANC ON 09/24/07 CASE # DC 07-3743 WITH
 JUDGE BRADLEY MENDEHIEM THAT CARLA WOODALL  FAILED TO INFORMED COURT
OF
DATE CHANGE FROM SUN (09/23/07) TO (09/24/07).

7)  MARK D. JOHNSON, ATTY
 739 W. MAIN ST
DOTHAN,ALABAMA 36301
RE: STATED THAT HE NEVER RECIEVED CASE # DC 07-2743 PRIOR  TO WAIVING
PRELIMINARY
HEARING IN CASE #~~DC 07-2743~~ *DC-07-2636 Without PLANTIFFS Being present in Court Room & With His Consent.*

**SEARCH WARRANT**              

**STATE OF ALABAMA**

**CITY OF DOTHAN, HOUSTON COUNTY**

**TO ANY LAW ENFORCEMENT OFFICER WITHIN THE STATE OF ALABAMA:**

Affidavit in support of application for a search warrant having been made before me, and the Court's finding that grounds for the issuance exist or that there is probable cause to believe that they exist, pursuant to Rule 3.8, Alabama Rules of Criminal Procedure, you are hereby ordered and authorized to forthwith search:

**THE FOLLOWING PERSON OR PLACE:** 713 N. Cherry St. Apt. 3, Dothan, Houston County, Alabama and black male known as "old man".

**FOR THE FOLLOWING PROPERTY:** Crack Cocaine and U.S Currency.

And make return of this warrant and an inventory of all property seized thereunder before me within 10 days (not to exceed 10 day) as required by law.

(X) The Court finds probable cause to believe that a nighttime search is necessary, and this warrant may be executed at any time of the day or night.

( ) This warrant may be executed during the daytime only.

ISSUED TO: Inv. Jason Adkins          8:48 (a.m./p.m.)
This 21st day of August 2007.

JUDGE

EXHIBIT B

| RS | | |
|---|---|---|
| : 4-9-4 | Cash 4 Evening: 2-5-3-5 | |
| : 6-7-3-5 | Fantasy 5: 1-17-29-30-36 | |
| g: 0-5-5 | | |

THE DOTHAN EAGLE WILL NOT GIVE OUT LOTTO NUMBERS OVER THE PHONE

Florida Lotto: flalottery.com.
Georgia Lotto:
1 (900) 25-LUCKY, 1 (800) GA-LUCKY
galottery.com

# BRIFS

*...from staff reports*

*The following person has been arrested by the Dothan Police Department and is charged with a felony. He has not been convicted. Information provided by the Dothan Police Department.*

■ Sept. 20 — Henry Harold White, 66, of North Cherry Street; possession of a controlled substance.

## Man, 66, arrested again on drug charge

Dothan police arrested a 66-year-old Dothan man Thursday for the second time over the past month on a felony drug charge, according to a statement by released by Police Chief John Powell.

Police charged Henry Harold White with felony possession of a controlled substance. Investigators reportedly seized crack cocaine and marijuana during the arrest after they served a search warrant at White's North Cherry Street home. White was jailed on $15,000 bond.

Investigators previously arrested White on Aug. 21 and charged him after finding him with crack cocaine at his home. He was released after he posted $5,000 bail.

## Stand-down Wednesday for homeless vets

Homeless veterans from throughout the Wiregrass are being invited to come to Dothan on Wednesday for a stand-down, during which a number of services will be available, from haircuts to flu shots. Representatives from 20 different agencies will be on hand, including the Department of Human Resources, Social Security Administration and the Alabama State Employment Service.

This is the first year for the stand-down in Dothan. It is being sponsored by the Central Alabama Veterans Health Care System and the House of Benjamin.

The stand-down will take place at the Army National Guard Building, 1842 Third Ave. in Dothan from 10 a.m. until 3 p.m. If you're interested in volunteering, contact Earl Jones of the House of Benjamin at 596-1413 or Spring Love of CAVHCS at (800) 214-8387, ext. 2838. Veterans can request transportation to the stand-down from Ozark, Brundidge, Troy, Daleville, Enterprise and Graceville, Fla., by calling Jones no later than Tuesday.



Jay Hare / jhare@dothaneagle.com

tchen Craft cookware at the Wiregrass Home and Garden Expo at the Dothan Civic

# sidelined for provocative moves

ool's
they
rm,
hool
lirty
the

nool
e at
inst
had

lma
the

"The board of education wanted to make sure it was not disrespecting young girls, who we're trying to make finer women," said Dr. Verdell L. Dawson, interim superintendent.

Upset parents who say they have no problems with dance routines met earlier this week and said school officials were denying the girls an opportunity to possibly get college scholarships.

"They said the community was complaining. We're part of the community. They're our kids and we're not complaining," said Willie Prince. "The way they're dictating to these children it's not fair to them."

Prince, a Selma High band booster,

attended the meeting because he has two sons and two nieces in the band. He said the opponents' dance line at Lanier was more provocative than theirs was.

"The Lanier girls had on something like they wear in Las Vegas," Prince said. "The board wouldn't know because they don't come to the games."

Prince said the dance line is part of the band, and the problem was not with what the girls wore or their field routines, but with dances that were done in the stands.

"It was the bleacher challenge," Prince said, referring to the back and forth competition that takes place between bands during the game.

# nors rampant after rape of UA student

```
                          HOUSTON COUNTY JAIL
                     ===================================
                        Resident Account Summary
                     Monday, November 05, 2007  @13:42
                     ===================================
For CIN: 61001    WHITE, HENRY
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 11/02/2007 | MEDCO | TY/AA | 1.00 | 0.00 | 4.87 | 0.00 | |
| 11/02/2007 | MEDCO | AA | 0.50 | 0.00 | 3.87 | 0.00 | |
| 11/02/2007 | MEDCO | TY | 0.50 | 0.00 | 3.37 | 0.00 | |
| 10/30/2007 | MEDCO | TY | 0.50 | 0.00 | 2.87 | 0.00 | |
| 10/30/2007 | MEDCO | TY | 0.50 | 0.00 | 2.37 | 0.00 | |
| 10/30/2007 | MEDCO | AA | 0.50 | 0.00 | 1.87 | 0.00 | |
| 10/30/2007 | MEDCO | TY | 0.50 | 0.00 | 1.37 | 0.00 | |
| 10/29/2007 | <MEDCO> | TY/AA | -0.13 | 0.00 | 0.87 | 0.00 | |
| 10/29/2007 | MEDCO | TY/AA | 1.00 | 0.13 | 1.00 | 0.00 | |
| 10/29/2007 | EPR | OID:100050755-ComisaryPur< | -41.24 | 0.13 | 0.00 | 0.00 | |
| 10/29/2007 | DEPMO | 88168409 | 35.00 | 41.37 | 0.00 | 0.00 | |
| 10/22/2007 | <MEDCO> | TY/AA | -1.00 | 6.37 | 0.00 | 0.00 | |
| 10/22/2007 | MEDCO | TY/AA | 1.00 | 7.37 | 1.00 | 0.00 | |
| 10/22/2007 | <MEDCO> | TY | -0.50 | 7.37 | 0.00 | 0.00 | |
| 10/22/2007 | MEDCO | TY | 0.50 | 7.87 | 0.50 | 0.00 | |
| 10/22/2007 | EPR | OID:100050321-ComisaryPur< | -17.14 | 7.87 | 0.00 | 0.00 | |
| 10/22/2007 | DEPMO | 88168207 | 25.00 | 25.01 | 0.00 | 0.00 | |
| 10/15/2007 | EPR | OID:100050236-ComisaryPur< | -9.80 | 0.01 | 0.00 | 0.00 | |
| 10/15/2007 | <MEDCO> | Payment for MEDCO on 2007 | -2.19 | 9.81 | 0.00 | 0.00 | |
| 10/15/2007 | DEPMO | 88168005 | 12.00 | 12.00 | 2.19 | 0.00 | |
| 10/12/2007 | <MEDCO> | FSBS/INSULIN092907 | -7.81 | 0.00 | 2.19 | 0.00 | |
| 10/12/2007 | MEDCO | FSBS/INSULIN092907 | 10.00 | 7.81 | 10.00 | 0.00 | |
| 10/12/2007 | <MEDCO> | AA | -0.50 | 7.81 | 0.00 | 0.00 | |
| 10/12/2007 | MEDCO | AA | 0.50 | 8.31 | 0.50 | 0.00 | |
| 10/11/2007 | <MEDCO> | TYL | -0.50 | 8.31 | 0.00 | 0.00 | |
| 10/11/2007 | MEDCO | TYL | 0.50 | 8.81 | 0.50 | 0.00 | |
| 10/08/2007 | <PROPERTY> | 1 PENCIL | -0.30 | 8.81 | 0.00 | 0.00 | |
| 10/08/2007 | PROPERTY | 1 PENCIL | 0.30 | 9.11 | 0.30 | 0.00 | |
| 10/08/2007 | <PROPERTY> | VOID-1 PENCIL | 0.00 | 9.11 | 0.00 | 0.00 | |
| 10/08/2007 | PROPERTY | VOID-1 PENCIL | 0.00 | 9.11 | 0.00 | 0.00 | |
| 10/08/2007 | <PROPERTY> | 1 PENCIL | 0.00 | 9.11 | 0.00 | 0.00 | |
| 10/08/2007 | PROPERTY | 1 PENCIL | 0.00 | 9.11 | 0.00 | 0.00 | |
| 10/08/2007 | EPR | OID:100049993-ComisaryPur< | -38.39 | 9.11 | 0.00 | 0.00 | |
| 10/08/2007 | <MEDCO> | TYL  X 3 | -1.50 | 47.50 | 0.00 | 0.00 | |
| 10/08/2007 | MEDCO | TYL  X 3 | 1.50 | 49.00 | 1.50 | 0.00 | |
| 10/08/2007 | <MEDCO> | TYL/ANT | -1.00 | 49.00 | 0.00 | 0.00 | |
| 10/08/2007 | MEDCO | TYL/ANT | 1.00 | 50.00 | 1.00 | 0.00 | |
| 10/08/2007 | DEPMO | 88167769 | 50.00 | 50.00 | 0.00 | 0.00 | |
| 10/08/2007 | DEPCASH | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 | |

# Parkman, Adams & White, LLC

James W. Parkman, III

R. Martin Adams
Also licensed in Georgia

William C. White, II

M. John Steensland, III, P.C.
Also licensed in Florida

Mark D. Johnson, P.C.

Leonard Bowen
Legal Coordinator

739 West Main Street
Dothan, AL 36301
(334) 792-1900
(334) 712-1352 FAX

September 25, 2007

Houston County Jail
Inmate: Henry Harald White
901 E. Main St.
Dothan, AL 36301

RE: State of Alabama vs. Henry Harald White
    Case No: DC 2007-2636 - Possession Controlled Substance

Dear Mr. White:

I have been appointed by the court as your contract counsel. I will be down to discuss your case with you in the coming weeks (unless I have already interviewed you). In any case, I assure you that I will be down to meet with you prior to your trial in order for us to be adequately prepared for your trial. If you happen to make bail, it is imperative that you contact our office and give us an address and telephone number where you can be reached.

The following narrative is an explanation of how your case will proceed.

First, I will **waive** your PRELIMINARY HEARING unless you demand otherwise. The reason for this is simple. If I do not waive your preliminary hearing I will not be granted **open access** to your file with the District Attorney's Office, which includes one of the most critical pieces of evidence the **Police Offense Incident Report**. If I do not have open access to your file, then it will hinder me in my representation of you.

Second, I will await the Houston County Grand Jury to return an INDICTMENT in your case. Sometimes the process takes **several months** from the time of your arrest until you are actually indicted. There is nothing we can do to speed up that process.

Third, you will have an ARRAIGNMENT after you are indicted. This is where the Judge will read the indictment to you and ask you if you plead **guilty or not guilty**.

Fourth, your case will be placed on the TRIAL DOCKET. Houston County Circuit Court has **one** criminal jury trial docket each month. . **We will not get the DISCOVERY in your case until after Arraignment.** If you wish to have a copy of your discovery, we can forward it to you at that time.

Fifth, PROBATION cannot be granted in your case until **after** your trial date. If you choose to plead guilty (or are found guilty at trial) and you may be eligible for probation, we will **apply for probation** in your case. The probation hearing will be set sometime in the following months. Whether you get probation is determined primarily by the **probation office's investigation** into your past. **Probation is something that is completely up to Judge Little's discretion.** The same applies to any request for Community Corrections (or work release).

The above discussion is just to inform you of the process that your case will go through. Hopefully, this will answer some of your questions up front without leaving you guessing as to what is going to happen in your case.

Again, I would like to remind you that I am here to represent **your interests** in your case. If you want a deal worked out in your case, we will strive to get the best possible deal. If you want a trial, I assure you we will be prepared and give you our best possible effort at your trial.

Please keep this letter with you, as it will help to answer many questions that may arise in the future. Also, if you have any questions, please do not hesitate to contact my office.

Sincerely,

Mark D. Johnson
PARKMAN, ADAMS & WHITE, LLC

 

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

OFFICIAL BUSINESS

US OFFICIAL MAIL
$300 PENALTY

Henry White # 61001-C-Pod
901 E. Main Street
Dothan, AL 36301

36301+1759-01   C033

PLEASE NOTE THAT AN INMATE I.D. NUMBER(S) (EXAMPLE ABOVE) 61001
WAS ISSUED ON THE FIRST DATE HE (OR SHE) IS ARRESTED TO BE USED
BY THE HOUSTON COUNTY JAIL STAFF. 61001 WAS ISSUED ON 09-21-07.
A CASE NUMBER(S) (EXAMPLE SEE EXHIBIT FOUR) ARE ISSUED
AT INMATE'S FIRST (T.V.) APPEARANCE (D.C. 2007-2636) (D.C. 2007-
2743) TO BE USED BY THE HOUSTON COUNTY DISTRICT AND CIRCUIT
COURTS UNTIL 1ST CONVICTION. D.C. 2007-2636 ISSUED 09-21-07,
NOT ON 08-21-07 BUT 17 DAYS LATER. D.C. 2007-2743 WAS
ISSUED ON 09-24-07, NOT ON 08-21-07 BUT 29 DAYS LATER. NONE OF THE
I.D. NUMBERS, CASE NUMBERS, COURT APPEARANCES OR ARREST
OCCURED ON AUGUST 21, 2007. THE ARREST WARRANT ISSUED
TO INV. JASON ADKINS ON 08-21-07, WAS NOT SERVED ON 08-21-
07, BUT WAS SERVED ONE DAY PRIOR TO 09-07-07 WHEN I RECIEVE
#61001. SO BRIEFS FROM STAFF REPORT RELEASED BY POLICE CHIEF JOHN
POWELL ON 09-20-07 WAS FALSE INFORMATION GIVEN TO THE NEWS
MEDIA TO JUSTIFY HIS DECEPTION, ONCE REVEALED TO THE U.S. DISTRICT
COURTS, WOULD COST HIM A POSITION GIVEN TO HIM BY SOCIETY,
SINCE HE AND SHERIFF ANDY R. HUGHES HAD CONSPIRED IN
FOISTING ONE OF THE GREATEST HOAXES IN HOUSTON COUNTY'S
PEACE OFFICERS HISTORY, AGAINST INNOCENT DOTHAN RESIDE
NCES — USING HIS POSITION WITH THE JOURNALISTIC POWER
OF THE WORLDLY KNOWN DOTHAN EAGLE TO PRINT PRE AGREE
LIES TO DECIEVE NOT ONLY HIS VOTING PUBLIC, BUT, ALSO TO SWAY
THE JUDGEMENT OF THIS HONORABLE COURT FOR HIS CRIMINAL ACTIONS

I WAS APPROX. 09/06/07 I WAS APPOINTED MARK D. JOHNSON OF THE ~~FIRM~~, ADAMS & WHITE LLC ATTYS AT LAW BY JUDGE BRADY MENDEHIEM WHO ALSO INFORMED ME THAT ~~I~~ I WAS TO CONTACT MARK D. JOHNSON AT 334 792-1900 AS SOON ASAP TO FIND OUT WHAT WAS EXPECTED OF HIS FIRM REGARDING HIS PUBLIC SERVICES, I CALL MARK D. JOHN- SON'S SERVICE, AT 334 792-1900 ON 09-14-07, WHO WAS OUT, BUT HAD INFORMED HIS RECEPTIONIST OR SERVICE THAT I WOULD RECIEVE A LETTER FROM Him MARK D. JOHNSON THAT WOULD TELL ME WHAT TO DO IN A WEEK OR SO. I INFORMED HER THAT I ~~WAS~~ OUT ON BOND AT THAT TIME, BUT WAS INCARCERATED AGAIN ON SEPT 18, 07 AND WAS INFORMED AGAIN BY JUDGE BRADY MENDE- HIEM THAT the ADDITIONAL CASE FILE # DC-07-2743 OF 09/18/07 WOULD ALSO BE ~~REPRESENTED~~ By MARK D. JOHNSON. 19 DAYS AFTER 09/06/07 ~~I RECIEVED~~ ON 09-25-07 I RE- CIEVED A LETTER FROM MARK D. JOHNSON, THAT UNLESS HE, JOHNSON HAD ALREADY INTERVIEWED ME, THAT HE WOULD BE DOWN TO THE COUNTY JAIL TO DISCUSS MY CASE # DC- 07-2636 WITH ME. MARK D. JOHNSON, NEVER CONTACTED ME AGAIN ON 10-05-07 MARK D. JOHNSON SAW ME BREIFLY IN THE CORRIDOR OF THE HOUSTON COUNTY COURT BUILDING WHERE HE INFORMED ME THAT HE HAD ALREADY APPEARED ~~BEFORE~~ JUDGE JOHN LITTLE'S COURT AND HAD ALREADY WAVIED MY PRE- LIMINARY HEARING WITH OUT FIRST CONSULTING WITH ME AT ~~THE~~ HOUSTON COUNTY JAIL THEREFORE PREVENTING ME FROM QUESTIONING THE ARRESTING PARTY OR PARTIES IN CASE # DC- 07-2636 AND, HEARING THEIR TESTIMONY ON RECORD AND MY GRIEVANCES OF THE ARREST ON RECORD, I ASK MARK D. JOHNSON ABOUT CASE # DC-07-2743, THAT WAS ALSO APPOINT- ED TO HIM BY THE FIRST APPEARENCE JUDGE MENDEHIEM, HE DENIED EVER BEING APPOINTED CASE # DC-07-2743. I SENT A REQUEST TO DOCKET INQUIRING AS TO WHO MY ATTORNEY IS, ON 10/18/07 ~~I~~ MAILED AN UNOFFICIAL LETTER TO MARK ~~WAS~~ JOHNSON DISMISSING HIM FROM HIS SERVICE TO ME, BUT INSTEAD OF SENDING ME A REPLY, OR OFFICIALLY WRITING TO THE COURT TO REMOVE HIM SELF AS MY COUNSEL, HE, WENT TO VERBALLY WITH DRAW

IN FRONT OF ~~THE SE~~ ~~CLOSE~~ WOODALL & MENDEHEIM ~~E. WILDMAN~~ VIOLATING THE LAWYER/CLIENT PRIVILEGE, INFORMED ME OF HIS VERBALLY WITH-DRAWING FROM MY SERVICE ON 11-06-07, DURING DC-07-2743 HEARIN. APPROX. ON 11-20-07 I FILED A LETTER FOR INEFFECTIVE ASST. OF COUNSEL. WITH THE HOUSTON COUNTY COURT OFFICIALLY RE-MOVING MARK D. JOHNSON AS MY STATE APPOINT-ED COUNSEL; DUE TO HIS INEFFECTIVE ASSISTANCE, NEGLIGENCE, INCOMPETENCE AND CONSPIRING WITH SHERIFF ANDY HUGHES, POLICE CHIEF JOHN POWELL & DOTHAN'S DISTRICT ATTY. DOUG VALESKA TO MANIPULATE AND UNDER-MIND THE INTEGRITY OF THE HIPOCRATIC OATH OF OFFICE, THE PRESERVED AND SACRED ORDERS OF THE U.S. JUSTICE DEPART-ment AND THE U.S. FEDERAL, STATE, CIRCUIT & DISTRICT COURT SYSTEMS THEIR CONSTITUTION AND IT'S RIGHTS BY FALSIFYING CITY, COUNTY, DISTRICT, CIRCUIT AND FEDERAL COURT DOCU-MENT AFFILIATED WITH CASE NUMBERS # DC-07-2636 OF 09-06-07 AND DC-07-2743; FOR BREACH OF LAWYER/CLIENT PRIVILEGE CONTRACT, LYING TO THE DOTHAN EAGLE AND THE NEWS MEDIA, FOR BEING WILLFULLY NEGLIGENT IN HIS PROFESSION, LYING TO HIS CLIENT BY NOT HONORING HIS WRITTEN COMMITTMENT TO INTERVIEW ME PRIOR TO APPEARING IN COURT TO REPRESENT ME. ALSO FOR BEING INCOMPETENT BY NEGLECTING TO CONTACT THE CLERK OF THE FIRST APPEARENCE COURT ABOUT HIS # DC-07-2743 LEGALLY APPOINTED CASE LOAD, FROM THE STATE OF ALABAMA, AND FOR FAILING TO MAIL A MOTION TO SUPPRESS ALL EVIDENCE IN CASE # DC-07-2636, AND DC-07-2743. AFTER WITNESSING OUT DATED WARRANTS THE HOUSTON COUNTY'S SHERIFFS ANDY HUGHES & INV. Adkin FOR MY ARREST THAT CAUSED MY BOND TO BE REVOKED & DOCUMENTS TO BE MIS-FILED.

4) WHAT I WANT THE COURT TO DO FOR ME IS TO:
A) DISBAR AND ARREST JOHNSON, PARKMAN, ADAMS & WHITE, LLC FOR CONSPIRING TO UNDER-
MIND THE INTEGRITY OF OUR U.S., FEDERAL, ETC. JUSTICE SYSTEMS AND FAILING
TO COMPLY WITH THE LAWYER/CLIENT PRIVILEGE, OBLIGA-
TIONS, ETC. FOR NEGLIGENCE AND INCOMPETENCE FOR REPRE-
SENTATION ON
3) AWARD MY TIME FROM JOHNSON, PARKMAN, ADAMS & WHITE, LLC, TO MY LEG. THAT I 100,000 FOR MENTAL ANGUISH AND INJURY SUFFERED DURING MY TRANSPORT TO COUNTY (HOUSTON) COURTHOUSE DUE TO THE JUDGE BRADY MENDEHEIM'S CHARGE OF MY BEING AN ESCAPE RISK FOR FAILING TO APPEAR AT A 09-23-07 T.V. HEARING IN HOUSTON COUNTY JAIL, (WHILE MARK D. JOHNSON WAS MY COUNSEL) THAT WAS CAUSED BY

**CRUEL AND UNUSUAL PUNISHMENT** is claimed due to due process assurances in the Fifth and Fourteenth Amendments do not equivocate – administrative services without due process can be equated only to tyranny and barbarian rule.   This not only compromises the civil liberty; and property of the confined patients/clients; it also demonstrates that the people of the several states; defined as if, non-resident aliens in the U.S. <u>can</u> legitimately elect to be taxed or treated as a citizen or resident of the United States, thus violating Article IV. and the Parallel Table of Authorities and Rules – in the codes of Federal Regulations.  These Federal Regulations extends no authority to the several states, and the population at large.  With the presence of legitimate federal law which extends to the several states, those who operate under color of law, engage in oppression, extortion, etc., and are not subjected to the foundation law of the states.  It determines that venue is not of the law of legislative jurisdiction.  "Venue means location of power and constitution in the U.S.

As entities of the U.S. and recognizing the importance of existing law (including fair trial and trial by jury after a formal investigation) under the Provisions of it's constitutional and indigenous common law to the several states, we Preserve the full slate of due process rights included in Fourth, Fifth, Sixth, Seventh And Fourteenth Amendments to the U.S. Constitution for the United States of America and corresponding provisions in constitutions of the several states.   This example represents the class – and relates to a constitutionally-assured right, not a remedy.

THESE VIOLATIONS INCLUDES, BUT ARE NOT LIMITED TO –

CAUSE   OF   ACTION

1) INCOMPETANCE
2) NEGLEGENCE & DEPRIVATION OF LIBERTY WITHOUT DUE PROCESS
3) UNLAWFUL   ENTRY &  EXCESSIVE  FORCE
4) UNLAWFUL SEARCH & SEIZURE & ~~MISO SWELL~~
5) ABUSE OF AUTHORITY
6) CONSPIRACY TO  UNDERMIND:
A) JUDICIAL  LAWS  AND RIGHTS
B) STATE LAWS AND RIGHTS
C) U.S. FEDERAL LAWS AND  RIGHTS
D) U.S.  DISTRICT  LAWS AND RIGHTS
E) CIVIL LAWS AND RIGHTS
7) VIOLATION OF CONSTITUTIONAL RIGHTS
8) ILLEGAL INPRISONMENT
9) FAILED TO READ MIRANDA ACT (WILLFULLY  NEGLECTED)
10) VIOLATION OF PREVILEDGES
11) VIOLATION OF IMMUNITIES
12) WILLFUL MISCONDUCT
13) WILLFULL VIOLATION OF MORAL  TURPITUDE
14) WILLFULLY NEGLECT TO PERFORM DUTY REGULATED BY LAW
15) VIOLATION OF ANY STATUE INVOLVING MORAL TURPITUDE
ACCORDING  TO U.S.  AND  ~~STATE~~ ALABAMA LAWS
16) NO PROBABLE CAUSE
17) TENANT  ENDANGERMANT
18) INVASION OF PRIVACY  AND  FALSE ARREST
19) TERRORISTIC  THREAT
20) DEPRIVATION OF LIBERTY WITHOUT DUE PROCESS OF LAW
21) CONSTITUTIONAL TORTS
22) SHOCK  OF  CONSCIOUSNESS
23) INTENTIONALLY, WRONGFUL AND  GROSS  NEGLEGIENCE
24) VIOLATION  OF  FOURTH  AMENDMENT
25) VIOLATION OF FOURTEENTH  AMENDMENT
26) MALICIOUSLY  AND  SADISTICALLY  ATTACKED
27) VIOLATION OF 1ST,  4TH,  5TH,  8TH,  9TH,   and
    14TH AMENDMENTS- FEDERAL  TORTS CLAIMS  ACT

(4)

Social Security Administration
**Supplemental Security Income**
Notice of Planned Action

Date:  November 12, 2007
Claim Number: █████████ AI

00006403 01 MB    0.360  628  1105,M10,028    006403

HENRY WHITE
APT 3
713 N CHERRY
DOTHAN AL 36303-4604
IₐIIₐIIₐₐₐIIₐIIₐₐₐₐIIₐIₐIₐIIₐIₐIIₐₐₐIₐIₐIₐₐIIₐIIₐIₐₐII

Type of Eligibility:
Individual--Age 65 or
Older

We are writing to tell you about changes in your Supplemental Security Income (SSI) payments.  The following chart shows the SSI money due you for the months we changed.  As you can see from the chart, we are changing your payments for both past and future months.  The rest of this letter will tell you more about this change.

**Your Payments Will Be Changed As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| October 1, 2007 | Continuing | $0.00 |

We will stop your payments as shown above beginning December 2007.

**Your SSI Is Based On These Facts**

Based on the facts we have, you entered a facility in September 2007.  Our records show that you will be in this facility for each full month October 2007 on.  Usually, SSI payments are stopped for each month that:

- You are a patient for a full month in an institution run by the Federal, State, or local government. This includes some hospitals, nursing homes, other care facilities or prisons; and

- If you have Medicaid, it does not pay for more than half the cost of your care.

See Next Page

SSA-L8155



You could be eligible for continued payments for any of the first 3 full months that you are a patient if:

- We would have stopped your SSI payment for any of these months; and

- You are eligible for an SSI payment in the month before we would have stopped your SSI payment; and

- You are in a medical facility; and

- You give us proof that you have home expenses that you have to continue to pay; and

- We have proof that your doctor expects you to stay in a medical facility for less than 91 days.

The proofs must be received or postmarked by the 90th day of your stay in the facility or by the day of your release, if earlier.

You do not meet all these requirements because you are not in a medical facility.

## Information About Medicaid

For information about any change in your Medicaid eligibility caused by this action, you should get in touch with the State agency which handles eligibility for medical assistance.

## You Can Review The Information in Your Case

The decisions in this letter are based on the law. You have a right to review and get copies of the information in our records that we used to make the decisions explained in this letter. You also have a right to review and copy the laws, regulations and policy statements used in deciding your case. To do so, please contact us. Our telephone number and address are shown under the heading "If You Have Any Questions."

## Things To Remember

- We may be in touch with you later about any payments we previously made.

- This decision refers only to your claim for Supplemental Security Income payments.

- This determination replaces all previous determinations for the above periods.

- If you think you may be eligible for SSI again, please contact us. If you do not contact us before October 2008, you may have to file a new application. If you have to file a new application, the earliest month for which we can pay you is the month after you file.

SSA-L8155

EXHIBIT I

## INMATE REQUEST FORM

INMATE NUMBER: 61001          INMATE NAME: Henry H. White

DATE: 12-19-07    POD/CELL LOCATION: C-1    C/O RECEIVING: TJawick

TO: RECORDS & DOCKET / MEDICAL / COMMISSARY / SGT. ON DUTY / PROPERTY / CHAPLAIN

**RECORDS / DOCKET (INFORMATION NEEDED):**

[ ] COURT DATE _____

[ ] JUDGE NAME _____

[ ] ATTORNEY NAME _____

[ ] ATTORNEY ADDRESS _____

[ ] CITY / STATE / ZIP _____

[ ] ATTORNEY PHONE # _____

[ ] CASE NUMBER(S)    EXACT _____

I would like to know the ~~exact~~ date that this Number 61001 was Activated at the County Jail. Please INCLUDE COPY FOR LEGAL PURPOSES, THANKS

**MEDICAL SERVICES: (BE SPECIFIC)**
_____
_____
_____

**CHAPLAIN SERVICES: (BE SPECIFIC)**
_____
_____
_____
_____

**COMMISSARY (INFORMATION NEEDED):**

[ ] ACCOUNT BALANCE _____

[ ] ACCOUNT SUMMARY _____

[ ] AMOUNT OWED TO MEDICAL _____

[ ] OTHER INFORMATION _____
_____

**TELEPHONE SERVICES:**

[ ] RESET GREETING _____

[ ] CLEAR PAN NUMBERS _____

[ ] NUMBER NOT WORKING PROPERLY

ACTION TAKEN: _____

**PROPERTY SERVICES: (BE SPECIFIC)**
_____
_____
_____

**OTHER SERVICES NEEDED: CIRCLE**

FINGERNAIL CLIPPERS

LAW LIBRARY

APPLYING FOR INMATE WORKER STATUS

OTHER: _____

ADDITIONAL ACTION TAKEN: NO# 61001 WAS OFFICIALLY ACTIVATED ON 09-21-07 (By C O FITZGERALD)

Rec'vd. 12-24-07