IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HENRY HORALD WHITE, ) <br> AIS #61001, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARKMAN ADAMS, WHITE, LLC, ) <br> ANDY R. HUGHES, JOHN POWELL, ) <br> T. FITZGERALD, CARLA WOODALL, ) <br> MARK D. JOHNSON, and JOHN ADKINS ) <br> ) <br>     Defendants. ) | CIVIL ACTION NO.: 1:08-CV-10-MEF |

## ENTRY OF APPEARANCE

COMES NOW Gary C. Sherrer of the law firm of Sherrer, Jones & Terry, P.C., and hereby gives notice of his entry of appearance as counsel for Defendants, Houston County Sheriff Andy R. Hughes and Corrections Officer Keith Fitzgerald, (incorrectly designated as T. Fitzgerald in plaintiff's complaint).

Dated this 14th day of January, 2008.

Respectfully submitted,

s/Gary C. Sherrer
GARY C. SHERRER (SHE016)
Attorney for Houston County, Alabama

OF COUNSEL
SHERRER, JONES & TERRY, P.C.
335 West Main Street

Dothan, Alabama 36301
Telephone: (334) 678-0100
Fax: (334) 678-0900
E-mail: gary@sjt-law.com

## CERTIFICATE OF SERVICE

I, Gary C. Sherrer, hereby certify that I have served a copy of the foregoing Entry of Appearance upon Henry Horald White, #61001, c/o Houston County Jail, 901 East Main Street, Dothan, Alabama 36301, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this 14th day of January, 2008.

s/Gary C. Sherrer
OF COUNSEL