| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____  ☐ Agent  ☐ Addressee <br><br> B. Received by ( *Printed Name* )  C. Date of Delivery |

1. Article Addressed to:

John Powell
210 N. St. Andrews Street
Dothan, AL 36301

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1:08 CV 10
C#9        2/19

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number        7007 1490 0000 0026 5902
   (*Transfer from service label*)

2004        Domestic Return Receipt        102595-02-M-1540