IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

HENRY HORALD WHITE                    *

    Plaintiff,                              *

      v.                                     *        1:08-CV-10-MEF

PARKMAN, ADAMS, WHITE, LLC,    *
*et al.*,
    Defendants.                           *

_____

**ORDER**

It appears from a review of the proceedings in this matter, that service has not been perfected on Defendant John Adkins. A review of the court docket reflects that the court's initial order of procedure mailed to Defendant Adkins has been returned to the court marked as undeliverable. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Adkins, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

    ORDERED that:

    1. On or before January 29, 2008 Plaintiff shall furnish the clerk's office with the correct address for Defendant Adkins. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served. This is

Plaintiff's responsibility; and

    2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Adkins will not be served, he will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

    Done, this 15th day of January 2008.

                                      /s/ Terry F. Moorer
                             TERRY F. MOORER
                             UNITED STATES MAGISTRATE JUDGE