| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): Angie _(illegible)_   C. Date of Delivery: 1/14/08 |
| 1. Article Addressed to:<br><br>John Adkins  P.O. Box 6406<br>~~114 N. Oates Street~~<br>Dothan, AL 36302 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>1:08cv10<br>C+O                                2/19 |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 1490 0000 0026 5919 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540