IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| HENRY HORALD WHITE | * | |
| Plaintiff, | * | |
| v. | * | 1:08-CV-10-MEF |
| ANDY R. HUGHES, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time *(Doc. No. 14)* is GRANTED; and

2. Defendants are GRANTED an extension from February 19, 2008 to February 26, 2008 to file their answer and written report.

Done, this 19th day of February 2008.

                                            /s/ Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE