IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HENRY HORALD WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:08 CV-10-MEF |
| | ) | |
| PARKMAN, ADAMS, WHITE, LLC. | ) | |
| | ) | |
| Defendants | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW John Powell, a [Defendant] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [X] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____                  _____

_____                  _____

February 22, 2008
Date

D. Kevan Kelly (Counsel's Name)

John Powell and Jason Adkins
Counsel for (print names of all parties)
P O Box 2128
Dothan, Alabama 37302
Address, City, State Zip Code
(334) 615-3130
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I further certify that a copy of the foregoing has been served upon the following by placing same in the United States Mail, postage prepaid:

Henry Harold White, #61001
Houston County Jail
901 East Main Street
Dothan, Alabama 36301

Of Counsel