IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HENRY HORALD WHITE, )<br>AIS #61001 )<br>    PLAINTIFF )<br>V. ) CIVIL ACTION NO: 1:08-CV-10- MEF<br>PARKMAN, ADAMS, WHITE, )<br>LLC, ANDY R. HUGHES, )<br>JOHN POWELL, KEITH FITZ- )<br>GERALD, CARLA WOODALL, )<br>MARK D. JOHNSON, AND )<br>JASON ADKINS )<br>    DEFENDANTS ) | RECEIVED<br>2008 FEB 26  A 9:55<br>DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA |

ENTRY OF APPEARANCE

COMES NOW HENRY HORALD WHITE, PRO' SE AND HERE GIVES NOTICE OF HIS ENTRY OF
APPEARANCE AS PRO' SE COUNSEL FOR PLAINTIFF HENRY HORALD WHITE IN PLAINTIFF'S COMPLAINT.

DATED THIS _____ DAY OF _____ 2008

RESPECTFULLY SUBMITTED
S/ HENRY HORALD WHITE #61001
PRO' SE ATTORNEY

HENRY HORALD WHITE #61001
901 E. MAIN STREET
DOTHAN, ALABAMA 36301

DATED THIS __24TH__ DAY OF __FEB_____, 2008.

                 S/HENRY HORALD WHITE #61001
                 PRO' SE ATTORNEY

HENRY HORALD WHITE #61001
901 E. MAIN ST. -C-1 POD
DOTHAN, ALABAMA 36301


        CERTIFICATE OF SERVICE
I, HENRY HORALD WHITE HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING AMENDMENT TO COMPLAINT UPON __ANDY HUGHES__ _____ BY PLACING A COPY OF THE SAME IN THE U.S. MAIL, POSTAGE PREPAID AND PROPERTY ADDRESS ON THIS __24TH__ DAY OF __FEB__ 2008.

               *[signature]*
            S/ HENRY HORALD WHITE #61001
              PRO' SE COUNSEL

DATED THIS __24TH__ DAY OF __FEB__, 2008.

S/HENRY HORALD WHITE #61001
PRO' SE ATTORNEY

HENRY HORALD WHITE #61001
901 E. MAIN ST. -C-1 POD
DOTHAN, ALABAMA 36301

CERTIFICATE OF SERVICE

I, HENRY HORALD WHITE HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING AMENDMENT TO COMPLAINT UPON __JOHN POWELL__ BY PLACING A COPY OF THE SAME IN THE U.S. MAIL, POSTAGE PREPAID AND PROPERTY ADDRESS ON THIS __24TH__ DAY OF __FEB__ 2008.

S/ HENRY HORALD WHITE #61001
PRO' SE COUNSEL

DATED THIS **24TH** DAY OF **FEB**, 2008.

S/HENRY HORALD WHITE #61001
PRO' SE ATTORNEY

HENRY HORALD WHITE #61001
901 E. MAIN ST. -C-1 POD
DOTHAN, ALABAMA 36301

CERTIFICATE OF SERVICE

I, HENRY HORALD WHITE HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING AMENDMENT TO COMPLAINT UPON **KEITH FITZGERALD** _____ BY PLACING A COPY OF THE SAME IN THE U.S. MAIL, POSTAGE PREPAID AND PROPERTY ADDRESS ON THIS **24TH** DAY OF **FEB** 2008.

*Henry White*
S/ HENRY HORALD WHITE #61001
PRO' SE COUNSEL

DATED THIS 24TH DAY OF FEB, 2008.

S/HENRY HORALD WHITE #61001
PRO' SE ATTORNEY

HENRY HORALD WHITE #61001
901 E. MAIN ST. -C-1 POD
DOTHAN, ALABAMA 36301

CERTIFICATE OF SERVICE

I, HENRY HORALD WHITE HEREBY CERTIFY THAT I HAVE SERVED A COPY OF THE FOREGOING AMENDMENT TO COMPLAINT UPON JASON ADKINS _____ BY PLACING A COPY OF THE SAME IN THE U.S. MAIL, POSTAGE PREPAID AND PROPERTY ADDRESS ON THIS 24TH DAY OF FEB 2008.

S/ HENRY HORALD WHITE #61001
PRO' SE COUNSEL

