THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HENRY HORALD WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:08-CV-10-MEF |
| | )    [WO-Do Not Publish] |
| ANDY R. HUGHES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On April 4, 2008, the Magistrate Judge filed a Recommendation (Doc. #23) in this case to which no timely objections have been filed. Upon an independent review of the file in this case, and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. # 23) is ADOPTED.

2. This case is DISMISSED without prejudice.

DONE this the 25th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE